# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ABRAHAM STAPLETON, | CASE NO. 18cv733-LAB (JLB) |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION [Dkt 20];** |
| vs. | |
| E. CRUZ, et al., | **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |
| Defendants. | |

On September 21, 2018, Plaintiff Abraham Stapleton moved to amend his complaint. Dkt. 16. Magistrate Judge Jill L. Burkhardt issued a Report and Recommendation (R&R) recommending that the motion be granted in part and denied in part. Dkt 20. Objections were due on January 18, 2019, but none were filed. The Court has reviewed the R&R and agrees with its rationale and conclusions. Judge Burkhardt's R&R is **ADOPTED IN FULL**, (Dkt. 20), and Plaintiff's Motion to Amend is **GRANTED IN PART** and **DENIED IN PART**, as set out in the R&R. Dkt. 16.

Because the parties have now consented to disposition by a magistrate judge, (Dkt. 22), this case is **REFERRED FOR ALL PURPOSES** to Judge Burkhardt. This includes

/ / /

/ / /

/ / /

disposition of the currently pending Motion for Summary Judgment, (Dkt. 21), and entry of final judgment.

**IT IS SO ORDERED**.

Dated: January 30, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge